| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **North American Airlines, Inc.** | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** | |
| Case number: | **13-12950-MFW    CHAPTER 7** | |

<u>Form 1340 (12/19)</u>

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $384.18    EIN: 84-4215004 |
|---|---|
| Claimant's Name: | Unclaimed Funds Recovery Services VII Inc. as Assignee |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2885 Sanford Ave SW #37848, Grandville, MI 49418<br>Phone 832-781-0620<br>help@claimtransfers.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| Applicant Declaration | Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 12/28/2021 <br><br> *[signature]* <br> Signature of Applicant <br><br> **Benjamin D. Tarver, President** <br> Printed Name of Applicant | Date: _____ <br><br> _____ <br> Signature of Co-Applicant (if applicable) <br><br> _____ <br> Printed Name of Co-Applicant (if applicable) |
| Address: **2885 Sanford Ave SW #37848** <br> **Grandville, MI  49418** <br><br> Telephone: **832-781-0620** <br><br> Email: **help@claimtransfers.com** | Address: _____ <br><br><br> Telephone: _____ <br><br> Email: _____ |
| **6. Notarization** <br> STATE OF **ARIZONA** <br> COUNTY OF **COCHISE** <br><br> This Application for Unclaimed Funds, dated 12-28-2021 was subscribed and sworn to before me this 28 day of December, 2021 by <br> **Benjamin D. Tarver** <br><br> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal. <br><br> (SEAL)     Notary Public *[signature]* <br> MICHELLE G MIETZNER Commission expires: 11/12/25 <br> Notary Public, State of Arizona <br> Cochise County <br> Commission # 616152 <br> My Commission Expires <br> November 12, 2025 | **6. Notarization** <br> STATE OF _____ <br> COUNTY OF _____ <br><br> This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by <br><br> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal. <br><br> (SEAL)     Notary Public _____ <br><br> My commission expires: |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                        CASE NO. 13-12950
                                                                CHAPTER 7

North American Airlines, Inc.
               Debtors(s)

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing Application for Payment of Unclaimed Funds was mailed to:

U.S. Attorney for the
District of Delaware
1313 N. Market Street
Wilmington, DE 19801

Debtor:
North American Airlines, Inc., Debtor
101 World Drive
Peachtree City, GA 30269

Debtor's Attorney:
Justin K. Edelson
SkarlatosZonarich
320 Market Street
Suite 600W
Harrisburg, PA 17101

-1-

Page 2
Certificate of Service

Original Claimant:
Christine Erdodi
PO Box 902
Savannah, GA  31401

U.S. Trustee
844 King Street
Suite 2207
Wilmington, DE  19801

Trustee:
Alfred T. Giuliano
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043

Dated: 2/10/2022

_____
Benjamin D. Tarver
President and Secretary
Unclaimed Funds Recovery Services VII Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                  CASE NO. 13-12950

North American Airlines, Inc.

Debtors(s)

_____/

## ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS

      This matter comes before the Court upon the motion of Unclaimed Funds Recovery Services VII Inc., as Assignee, seeking an entry of an order authorizing payment of unclaimed funds.

The motion and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

      ORDERED that the Clerk of the Court pay $384.18 to the order of Unclaimed Funds Recovery Services VII Inc. and mail the payment to:

Unclaimed Funds Recovery Services VII Inc.
2885 Sanford Ave SW #37848
Grandville, MI 49418

Dated: _____

                                                                           UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                    CASE NO. 13-12950

North American Airlines, Inc.

        Debtor(s)

_____/

AFFIDAVIT OF APPLICANT

I, Benjamin D. Tarver, do hereby certify that I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc. ("UFRS INC"), and that UFRS INC is legally entitled to the unclaimed funds referenced in this application and that no other party is entitled to these funds.

In support, applicant respectfully represents as follows:

1. A check for "Christine Erdodi" in the amount of $384.18 was not negotiated and was thus remitted as unclaimed funds to the Clerk of the Court.

2. Christine Erdodi assigned the unclaimed funds referenced in the application to Benjamin D. Tarver dba Bankruptcy Settlement Group.

3. Benjamin D. Tarver dba Bankruptcy Settlement Group has assigned the unclaimed funds referenced in this application to UFRS INC.

-1-

Page 2 of 2
Affidavit of Applicant

4. I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc., and as such am authorized to execute and deliver all documents pertaining to the release of any and all unclaimed funds belonging to Unclaimed Funds Recovery Services VII Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/28/21

Benjamin D. Tarver
President and Secretary
Unclaimed Funds Recovery Services VII Inc.

Sworn to and subscribed before me,
State of ARIZONA, COUNTY OF COCHISE

This 28th day of December, 2021

Notary Public Signature

My Commission Expires: 11/12/2025



MICHELLE G MIETZNER
Notary Public, State of Arizona
Cochise County
Commission # 616152
My Commission Expires
November 12, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

CASE NO. 13-12950

North American Airlines, Inc.

**AFFIDAVIT AND ASSIGNMENT**

Debtor(s)

_____/

I, Christine Erdodi, of 1755 BURGER RD, MURPHY, NC 28906, certify:

1. That I am at least 18 years of age.

2. For good and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby certify that I have unconditionally and irrevocably sold, transferred and assigned to Bankruptcy Settlement Group ("Assignee"), its successors and assigns, whose mailing address is 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636, all right, title and interest in and to my claims in the above referenced bankruptcy proceeding, including without limitation my right to receive any future payments, distributions, unclaimed dividends and/or other property in the bankruptcy proceeding. I waive any notice or hearing requirements imposed by Court rules and stipulate that an order may be entered recognizing this Assignment as an unconditional Assignment and Assignee herein as the valid owner of my claim(s) and/or rights.

3. I am a debtor or creditor in the above referenced bankruptcy proceeding.

4. My address was or currently is ~~PO Box 902, Savannah, GA 31401~~  1755 BURGER RD MURPHY NC 28906

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10-21-2021

_____
Christine Erdodi

SIGN ONLY IN THE PRESENCE OF A NOTARY PUBLIC AND AFFIX NOTARY SEAL

Sworn to and subscribed before me,
State of  NC , County of  Cherokee
This  21  day of  October , 20 21

_____
Notary Public Signature

My Commission Expires: 09/29/2024

```
Rebecca Q. Cole
Notary Public
Cherokee County
North Carolina
```

Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636

## ASSIGNMENT OF UNCLAIMED FUNDS

Benjamin D. Tarver dba Bankruptcy Settlement Group ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to Unclaimed Funds Recovery Services VII Inc. ("Assignee"), its successors and assigns, all right, title and interest in and to the following claims of Assignor:

    Original Creditor: Christine Erdodi
    Amount: $384.18
    Case Number: 13-12950
    Court: DISTRICT OF DELAWARE

This Assignment includes without limitation, Assignor's right to receive any future payments, distributions, unclaimed funds and/or other property in the bankruptcy proceedings. Assignor waives any notice or hearing requirements imposed by Court rules and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and Assignee herein as the valid owner of Assignor's claims.

Dated: December 28, 2021

_(signature)_
_____
Benjamin D. Tarver dba
Bankruptcy Settlement Group
2885 Sanford Ave SW #37848
Grandville, MI 49418
832-781-0620

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

North American Airlines, Inc.

Chapter 7

Case No. 13-12950/MFW

Debtor.

### AMENDED APPLICATION TO PAY UNCLAIMED CHECK TO THE COURT

Alfred T. Giuliano, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor initially filed a case under Chapter 11 on November 12, 2013 and was converted to a case under Chapter 7 case on September 30, 2014.

2. I was appointed Chapter 7 Bankruptcy Trustee on October 1, 2014.

3. On December 2, 2019 an Order [Exhibit "A" Docket No.: 1196] authorizing Chapter 7 Trustee to make distribution Granting Joint Motion of the International Brotherhood of Teamsters and the Air Line Pilots Association International for Allowance and Immediate Payment of Certain Administrative Expense Claims from the Remaining Employee Benefit Fund Pursuant to Sections 503(a), 503(b)(1)(A), and 507 of the Bankruptcy Code was signed.

4. On September 29, 2020 certain distributions were made, however, many of the checks were either returned by the post office undeliverable or the checks were not cashed.

5. The checks listed on Exhibit "B" were either voided or a stop payment placed on January 5, 2021.

6. *WHEREFORE*, Alfred T. Giuliano, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of thirty-seven thousand two hundred sixty-eight dollars and one cent ($37,268.01) be paid to the Clerk for deposit to the Treasury.

/s/ *Alfred T. Giuliano*
Alfred T. Giuliano
Chapter 7 Trustee

February 2, 2021

| Date | Amount | Check # | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 9/29/2020 | $ 46.67 | 10484 | Akande, Bosede | 57-15 Shore-Front Parkway, Apt. 1411 | Arverne | NY | 11692- |
| 9/29/2020 | $ 18.95 | 10588 | Alexander, Rosemary | 31050 LA Hwy 1 | Denham Springs | LA | 70726- |
| 9/29/2020 | $ 344.37 | 10372 | Alexander, Rosemary Lawless | 31050 LA Highway 1 | Denham Springs | LA | 70726- |
| 9/29/2020 | $ 26.54 | 10600 | Ayala, Elizabeth | 414 Donahue Street | Sausalito | CA | 94965- |
| 9/29/2020 | $ 344.37 | 10374 | Babal, Bat Sheva | 330 W. 95th Street | New York | NY | 10025- |
| 9/29/2020 | $ 39.81 | 10601 | Babal, Bat Sheva | 330 W. 95th Street | New York | NY | 10025- |
| 9/29/2020 | $ 52.50 | 10492 | Barrionuevo, Cindy | 38-25 Parsons Blvd, Apt. 5E | Flushing | NY | 11354- |
| 9/29/2020 | $ 344.37 | 10375 | Bashkin, Susanne Birgitte | 2016 Governor Thomas Bladen Way, #201 | Annapolis | MD | 21401- |
| 9/29/2020 | $ 39.81 | 10605 | Bashkin, Susanne Birgitte | 2016 Governor Thomas Bladen Way, #201 | Annapolis | MD | 21401- |
| 9/29/2020 | $ 62.38 | 10495 | Bouguyon, Rose | 28 Overton Street | Deer Park | NY | 11729- |
| 9/29/2020 | $ 1,200.14 | 10272 | Bridges, Robert | 1256 Kendall Drive | San Bernardino | CA | 92407- |
| 9/29/2020 | $ 1,023.41 | 10755 | Bridges, Robert | 1256 Kendall Drive | San Bernardino | CA | 92407- |
| 9/29/2020 | $ 20.85 | 10612 | Brown, Kanika Nyola | 707 Tremont Street | Boston | MA | 2118 |
| 9/29/2020 | $ 1,200.14 | 10275 | Brown, Kevin | 318 Pioneer Road | Rexburg | ID | 83440- |
| 9/29/2020 | $ 1,200.14 | 10276 | Brown, Kevin | 418 E. Luconia | Redlands | CA | 82374- |
| 9/29/2020 | $ 1,023.41 | 10758 | Brown, Kevin | 318 Pioneer Road | Rexburg | ID | 83440- |
| 9/29/2020 | $ 1,023.41 | 10759 | Brown, Kevin | 416 E. Luconia | Redlands | CA | 92374- |
| 9/29/2020 | $ 26.54 | 10614 | Cannon, Audrey Mae | 849 Boston Common | Atlanta | GA | 30349- |
| 9/29/2020 | $ 28.44 | 10619 | Chappell, Danielle Jane | 202 Alexander Court | Warwick | PA | 18974- |
| 9/29/2020 | $ 36.82 | 10499 | Charlton, Lorraine | 166-33 77th Street | Howard Beach | NY | 11414- |
| 9/29/2020 | $ 43.75 | 10501 | Chin, Martyn | 1230 Pennsylvania Avenue, Apt 16C | Brooklyn | NY | 11239- |
| 9/29/2020 | $ 20.85 | 10620 | Clague, Laura Leigh | 5002 70th Street | Lubbock | TX | 79424- |
| 9/29/2020 | $ 30.33 | 10621 | Collins, Lynetta Y. | 1910 Live Oak Hill Street | Houston | TX | 77067- |
| 9/29/2020 | $ 1,165.41 | 10284 | Comer, David | 42 Sportsman Trail | Rotunda West | FL | 33947- |
| 9/29/2020 | $ 1,546.52 | 10766 | Comer, David | 42 Sportsman Trail | Rotunda West | FL | 33947- |
| 9/29/2020 | $ 1,200.14 | 10285 | Constantine, Harry | 3532 Neville Way | Nazareth | PA | 18064- |
| 9/29/2020 | $ 43.75 | 10503 | Corl, Nargis | 134-47 166th Place, Apt. 12B | Rochdale Village | NY | 11434- |
| 9/29/2020 | $ 26.25 | 10505 | Defiesta, Yvonne | 56 Finn Street | Fairfield | CT | 06825- |
| 9/29/2020 | $ 54.08 | 10508 | Dicks, Brian | 111-29 147th Street | Jamaica | NY | 11435- |
| 9/29/2020 | $ 28.54 | 10625 | DiMaggio, Gayle Mae | 3839 W. 162nd Street | Cleveland | OH | 44111- |
| 9/29/2020 | $ 344.37 | 10385 | Durant, Tammy Renee | P. O. Box 42761 | Charleston | SC | 29423- |
| 9/29/2020 | $ 39.81 | 10627 | Durant, Tammy Renee | P. O. Box 42761 | Charleston | SC | 29423- |
| 9/29/2020 | $ 344.37 | 10386 | Duschak, Ronald | 125-05 84th Avenue | Kew Gardens | NY | 11415- |
| 9/29/2020 | $ 344.37 | 10387 | Erdodi, Christine | P. O. Box 802 | Savannah | GA | 31401- |
| 9/29/2020 | $ 39.81 | 10628 | Erdodi, Christine | P. O. Box 802 | Savannah | GA | 31401- |
| 9/29/2020 | $ 344.37 | 10388 | Erickson, Joyce Ann | 1301 Westwood Drive | Sandpoint | ID | 83864- |
| 9/29/2020 | $ 39.81 | 10629 | Erickson, Joyce Ann | 1301 Westwood Drive | Sandpoint | ID | 83864- |
| 9/29/2020 | $ 1,813.60 | 10286 | Fairbrother, Edward | 303 Columbus Drive | Archbald | PA | 18403- |
| 9/29/2020 | $ 1,546.52 | 10777 | Fairbrother, Edward | 303 Columbus Drive | Archbald | PA | 18403- |
| 9/29/2020 | $ 55.71 | 10513 | Fitoussi, Margaret | 21 Centennial Drive | Danbury | CT | 08811- |
| 9/29/2020 | $ 48.07 | 10514 | Fitzgerald, Kara | 83 Lincoln Street | Babylon | NY | 11702- |
| 9/29/2020 | $ 1,200.14 | 10301 | Fortier, Cynthia | 1699 Del Oro Court | Petaluma | CA | 94954- |
| 9/29/2020 | $ 1,023.41 | 10782 | Fortier, Cynthia | 1699 Del Oro Court | Petaluma | CA | 94954- |
| 9/29/2020 | $ 344.37 | 10391 | Francois, Nadine Michelle | 316 West 93rd Street | New York | NY | 10025- |
| 9/29/2020 | $ 28.64 | 10631 | Francois, Nadine Michelle | 316 West 93rd Street | New York | NY | 10025- |
| 9/29/2020 | $ 13.27 | 10633 | Fuller, Antoya Janine | 24503 Rethford Court | Katy | TX | 77494- |
| 9/29/2020 | $ 344.37 | 10395 | Gibson, Martha Jane | 6219 Shaw Bake | Winchester | OH | 45697- |
| 9/29/2020 | $ 26.54 | 10636 | Gibson, Martha Jane | 6219 Shaw Bake | Winchester | OH | 45697- |
| 9/29/2020 | $ 12.97 | 10644 | Hatchuk, Kathleen | 18 Lakeview Gardens | Natick | MA | 01760- |

| Date | Amount | ID | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 9/29/2020 | $ 344.37 | 10402 | Hand, Aidan Joseph | 167 Rondak Circle | Smyrna | GA | 30080- |
| 9/29/2020 | $ 26.54 | 10846 | Hand, Aidan Joseph | 167 Rondak Circle | Smyrna | GA | 30080- |
| 9/29/2020 | $ 21.66 | 10521 | Harris, Renee | 6141 Saunders Street, Apt. A12 | Rego Park | NY | 11374- |
| 9/29/2020 | $ 42.48 | 10524 | Henville, Petal | 84-50 168th Street, Apt #516 | Jamaica | NY | 11432- |
| 9/29/2020 | $ 344.37 | 10409 | Hynes, Vanessa Kay | 2304 Poseidon | Virginia Beach | VA | 23451- |
| 9/29/2020 | $ 36.01 | 10653 | Hynes, Vanessa Kay | 2304 Poseidon | Virginia Beach | VA | 23451- |
| 9/29/2020 | $ 344.37 | 10410 | Irby, Charles Tarpley | P.O. Box 923 | Virginia Beach | VA | 23451- |
| 9/29/2020 | $ 28.54 | 10654 | Irby, Charles Tarpley | P.O. Box 923 | Virginia Beach | VA | 23451- |
| 9/29/2020 | $ 344.37 | 10415 | Johnson, Benedict Gerard | 7911 Wind Fern Court N. | Charleston | SC | 29418- |
| 9/29/2020 | $ 36.01 | 10662 | Krautwurst, Bozena | 1503 Hayes Street | Hollywood | FL | 33020- |
| 9/29/2020 | $ 344.37 | 10422 | Lockard, Gina Joan | 105 Alabama Drive | Jacksonville | AR | 72076- |
| 9/29/2020 | $ 39.81 | 10669 | Lockard, Gina Joan | 105 Alabama Drive | Jacksonville | AR | 72076- |
| 9/29/2020 | $ 26.54 | 10670 | Lopez, Francesca | 34-11 71st Street | Jackson Heights | NY | 11372- |
| 9/29/2020 | $ 344.37 | 10423 | Lopez-Gonzalez, Francesca | 34-11 71st Street | Jackson Heights | NY | 11372- |
| 9/29/2020 | $ 23.33 | 10536 | Lorenzi, Kimberly | 123 Park Avenue, Apt. B3 | New York | NY | 10028- |
| 9/29/2020 | $ 26.54 | 10873 | Mallarino, Luis Fernando | 1194 Hillsboro Beach | Hillsboro Beach | FL | 33062- |
| 9/29/2020 | $ 1,200.14 | 10328 | Marhefka, George | 113 Audubon Road | Winter Haven | FL | 33884- |
| 9/29/2020 | $ 1,023.41 | 10809 | Marhefka, George | 113 Audubon Road | Winter Haven | FL | 33884- |
| 9/29/2020 | $ 48.07 | 10541 | Matos, Joel | 424 East 116th Street, Apt. #11 | New York | NY | 10028- |
| 9/29/2020 | $ 41.81 | 10542 | Matthew, Victoria | 50 Fireplace Lane | Hicksville | NY | 11801- |
| 9/29/2020 | $ 38.01 | 10679 | McClelland, Amy Lynn | 153 S. Morris Street | Waynesburg | PA | 15370- |
| 9/29/2020 | $ 17.06 | 10680 | McHugh, Susan E. | 500 11th Street, Apt. #4R | Brooklyn | NY | 11215- |
| 9/29/2020 | $ 22.66 | 10545 | McIntosh, Shelley | 70-06 69th Place, Apt. 2FT | Brooklyn | NY | 11385- |
| 9/29/2020 | $ 70.55 | 10546 | McKoy-Lee, Dorrett | 183-10 Dunlop Avenue | St. Albans | NY | 11412- |
| 9/29/2020 | $ 344.37 | 10431 | Meadows, Jerome Thomas | 2452 Merchant Street | Frederick | MD | 21701- |
| 9/29/2020 | $ 39.81 | 10685 | Meadows, Jerome Thomas | 2452 Merchant Street | Frederick | MD | 21701- |
| 9/29/2020 | $ 9.48 | 10886 | Mee, Brian William | 323 16th Avenue E. | Seattle | WA | 98112- |
| 9/29/2020 | $ 36.82 | 10888 | Montesinos Vergara, Gladys | 265 S. Federal Highway | Deerfield Beach | FL | 33441- |
| 9/29/2020 | $ 60.57 | 10549 | Morrissey, Michael | 658 W. Penn Street | Long Beach | NY | 11561- |
| 9/29/2020 | $ 39.81 | 10550 | Mujica, Damaris | 2819 O'Neil Place | Bronx | NY | 10469- |
| 9/29/2020 | $ 344.37 | 10891 | Murillo, Ramiro Andre | 74 Drexel Avenue | Lansdowne | PA | 19050- |
| 9/29/2020 | $ 344.37 | 10436 | Murillo, Ramiro Andres | 74 Drexel Avenue | Lansdowne | PA | 19050- |
| 9/29/2020 | $ 344.37 | 10437 | Negley, Elmira Leslie | 180 Hidden Hill | Sarver | PA | 16055- |
| 9/29/2020 | $ 39.81 | 10692 | Negley, Elmira Leslie | 180 Hidden Hill | Sarver | PA | 16055- |
| 9/29/2020 | $ 55.71 | 10557 | Parks, Dantrey | 732 Vermont Street | Brooklyn | NY | 11207- |
| 9/29/2020 | $ 54.08 | 10558 | Patterson, Carla | 2031 Union Street, Apt. 2C | Brooklyn | NY | 11212- |
| 9/29/2020 | $ 86.19 | 10559 | Peloubet, Carmen | P.O. Box 61 | Massapequa | NY | 11758- |
| 9/29/2020 | $ 24.03 | 10566 | Pomeranz, Suzanne | 12 E. 86th Street, Apt. 709 | New York | NY | 10028- |
| 9/29/2020 | $ 48.07 | 10566 | Posobiec Perko, Katarin | 1766 Hancock Street | Hewlett | NY | 11557- |
| 9/29/2020 | $ 17.06 | 10704 | Pratt, Sharon Lynn | 1024 Blackade Lane | Charleston | SC | 29414- |
| 9/29/2020 | $ 22.66 | 10570 | Ramjattan, Deokie | 107-10 120th Street | Richmond Hill | NY | 11419- |
| 9/29/2020 | $ 344.37 | 10449 | Ramses, Berthe | 526 E. 6th Street | New York | NY | 10009- |
| 9/29/2020 | $ 344.37 | 10453 | Rodrigues, Gary | 2855 Jennifer Drive | Castro Valley | CA | 94546- |
| 9/29/2020 | $ 22.75 | 10710 | Rodrigues, Gary | 2855 Jennifer Drive | Castro Valley | CA | 94546- |
| 9/29/2020 | $ 24.03 | 10577 | Sears, Siaka | 114-60 207th Street | Cambria Heights | NY | 11411- |
| 9/29/2020 | $ 1,023.41 | 10835 | Seavy, James | 3834 N. Desert Oasis | Mesa | AZ | 85207- |
| 9/29/2020 | $ 1,200.14 | 10356 | Seavy, James | 3834 N. Desert Oasis | Mesa | AZ | 85207- |
| 9/29/2020 | $ 15.17 | 10717 | Seidel, Sabine | 1412 NE 118th Street | Miami | FL | 33161- |
| 9/29/2020 | $ 48.07 | 10579 | Serrano, Zoraida | 1561 Kimball Street | Brooklyn | NY | 11234- |
| 9/29/2020 | $ 84.27 | 10580 | Sevick, Simone | 30-60 Crescent Street, Apt. 4B | Astoria | NY | 11102- |

| Date | Amount | ID | Name | Address | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| 9/29/2020 | $ 771.21 | 10363 | Stubbs, Michael | 8345 N. W. 66th Street | Miami | FL | 33166- |
| 9/29/2020 | $ 1,023.41 | 10842 | Stubbs, Michael | 8345 N. W. 66th Street | Miami | FL | 33166- |
| 9/29/2020 | $ 1,200.14 | 10364 | Styles, Gerald | 81 Ceres Circle | Chico | CA | 95928- |
| 9/29/2020 | $ 1,023.41 | 10843 | Styles, Gerald | 81 Ceres Circle | Chico | CA | 95928- |
| 9/29/2020 | $ 41.80 | 10587 | Teekasingh, Edward | 149-26 116 Street | South Ozone Park | NY | 11420- |
| 9/29/2020 | $ 39.81 | 10729 | Tomlinson, Kenneth Francis | 1001 Laurel Street, #304 | San Carlos | CA | 94070- |
| 9/29/2020 | $ 54.08 | 10589 | Valdez, Dilenys | 4200 Hutchinson River Pkwy E., Apt 13A | Bronx | NY | 10475- |
| 9/29/2020 | $ 39.81 | 10732 | Valdez, Katina | 529 S. Roberts Road | Bryn Mawr | PA | 19010- |
| 9/29/2020 | $ 344.37 | 10475 | Valez, Katina | 529 S. Roberts Road | Bryn Mawr | PA | 19010- |
| 9/29/2020 | $ 30.04 | 10592 | Washington, Latoya | 3308 Avenue K | Brooklyn | NY | 11210- |
| 9/29/2020 | $ 344.37 | 10480 | Williams, Roy Robbins | 2866 Marion Avenue | Bronx | NY | 10458- |
| 9/29/2020 | $ 39.81 | 10736 | Williams, Roy Robbins | 2866 Marion Avenue | Bronx | NY | 10458- |
| 9/29/2020 | $ 1,200.14 | 10369 | Wilson, Robert | 3672 Hamilton Street | Irvine | CA | 92714- |
| 9/29/2020 | $ 1,023.41 | 10847 | Wilson, Robert | 3672 Hamilton Street | Irvine | CA | 92714- |
| 9/29/2020 | $ 344.37 | 10481 | Witbro, Pamela Ann | 1650 Twin Lakes Circle | Green Bay | WI | 54311- |
| 9/29/2020 | $ 34.12 | 10737 | Witbro, Pamela Ann | 1650 Twin Lakes Circle | Green Bay | WI | 54311- |
| 9/29/2020 | $ 25.94 | 10740 | Young, Susan | 3905 Boatwright Drive | Concord | CA | 94519- |

$37,268.01

# State of Arizona
## Department of State
## TRADE NAME CERTIFICATION



### Bankruptcy Settlement Group

I, Katie Hobbs, Arizona Secretary of State, do hereby certify that in accordance with the Trade Name Application filed in this Office, the Trade Name herein certified has been duly registered pursuant to Section 44-1460, Arizona Revised Statutes, on behalf of:

**Benjamin Deray Tarver**

289 S Highway 92 14207 Sierra Vista, AZ 85635

| | |
|---|---|
| Registration Date: | May 7, 2021 |
| Expiration Date: | May 7, 2026 |
| Date First Used: | October 15, 2020 |
| Filing Number: | 9220852 |
| Application Date: | May 7, 2021 |

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix, on this day, May 07, 2021.

Katie Hobbs
Secretary of State

Verification URL:   go.azsos.gov/qd8t



State of Mississippi

Certificate of Incorporation

Acting under the authority vested in me as Secretary of State by the Constitution and Laws of this State, I do hereby certify the following has satisfied all conditions precedent for incorporation in this State.

UNCLAIMED FUNDS RECOVERY SERVICES VII INC.

Given this the 8th day of January, Two Thousand and Twenty, in the Capital City of Jackson, Mississippi under my Hand and Seal,

C. Delbert Hosemann, Jr.
Secretary of State

**F0001**

Fee: $ 50

**2020009282**



DELBERT HOSEMANN
*Secretary of State*

P.O. BOX 136
JACKSON, MS 39205-0136

Business ID: 1197888
Filed: 01/08/2020 04:21 PM
C. Delbert Hosemann, Jr.
Secretary of State

TELEPHONE: (601) 359-1633

## Articles of Incorporation

### Business Information

*Business Type:* Profit Corporation
*Business Name:* UNCLAIMED FUNDS RECOVERY SERVICES VII INC.
*Business Email:* EFILE1234@INCFILE.COM
*Period of Duration:* Perpetual

### NAICS Code/Nature of Business

523999 – Miscellaneous Financial Investment Activities

### Registered Agent

*Name:* LEGALINC Corporate Services Inc
*Address:* 460 Briarwood Dr STE 100
Jackson, MS 39206

### Stock Information

*Classes:*
Common

*No. of Shares:*
1000

### Signature

The undersigned certifies that:
1) he/she has notified the above-named registered agent of this appointment;
2) he/she has provided the agent an address for the company, and;
3) the agent has agreed to serve as registered agent for this company

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *01/08/2020*.

*Name:*
BENJAMIN TARVER
Incorporator

*Address:*
PO BOX 421922
HOUSTON, TX 77242

# MINUTES OF FIRST MEETING OF BOARD OF DIRECTORS FOR UNCLAIMED FUNDS RECOVERY SERVICES VII INC.

The board of directors of UNCLAIMED FUNDS RECOVERY SERVICES VII INC. held its first meeting at Houston, TX on 1/9/20, at 4pm.

The following directors, marked as present next to their names, were in attendance at the meeting and constituted a quorum of the board:

BENJAMIN TARVER                    [X] Present  [ ] Absent

On motion and by unanimous vote, Benjamin Tarver was appointed chairperson and then presided over the meeting. was elected secretary of the meeting.

The meeting was held pursuant to written waiver of notice and consent to holding of the meeting signed by each of the directors. On a motion duly made, seconded, and unanimously carried, it was resolved that the written waiver of notice and consent to holding of the meeting be made a part of and constitute the first page of the minutes of this meeting.

**RESOLVED**, that the Articles of Incorporation (or similar organizing document) as filed with the Secretary of State (or other appropriate office) of the State of Mississippi, and presented to the directors by the secretary of the Corporation (the "secretary"), are hereby accepted and approved, and that the secretary is authorized and directed to place the duplicate original of the Articles, together with the original filing receipt of the Secretary of State, in the minute book of the Corporation.

**RESOLVED**, that the Bylaws presented to the directors by the secretary are hereby adopted as the Bylaws of the Corporation, and that the secretary is authorized and directed to insert a copy of such Bylaws, certified as such by the secretary, in the minute book of the Corporation immediately following the Articles of Incorporation.

**RESOLVED**, that the corporate seal (if applicable) presented to the directors by the secretary is hereby adopted as the seal of the Corporation, and that an impression of such seal be made in the margin of these minutes.

**RESOLVED**, that the form of share certificate presented to the directors by the secretary is hereby adopted as the form of share certificate for the Corporation, and that the secretary is authorized and directed to attach a sample of such certificate to these resolutions.

**RESOLVED**, that stock subscription agreements for shares of the Corporation, dated 1/9/20, and described below are hereby accepted on behalf of the corporation, and that the president and secretary, upon receipt of the consideration stated, are authorized and directed to issue certificates for such shares to the respective shareholders:

| Name | Number of shares | Consideration |
|---|---|---|
| BENJAMIN TARVER | 1000 | $ ■■■■ |

**RESOLVED**, that the president of the Corporation is authorized and directed to pay charges and expenses related to the organization of the Corporation and to reimburse any person who has made such payments on behalf of the Corporation.

**RESOLVED**, that the persons listed below are hereby appointed to the offices indicated opposite their names, and that a determination of compensation of such officers shall be delayed for consideration at a later date.

| Name | Office | |
|---|---|---|
| Benjamin Tarver | President | ✓ |
| Benjamin Tarver | Treasurer | ✓ |
| Benjamin Tarver | Secretary | ✓ |

**RESOLVED**, that funds of the Corporation shall be deposited in ▮▮▮▮▮▮▮▮ and that standard printed resolutions supplied by such Bank and presented by the secretary to the directors shall be adopted by the directors and incorporated and attached to these resolutions, or the Corporation shall adopt its own Banking Resolution.

**RESOLVED**, that for receipt of official legal and tax correspondence from the State of Incorporation, the registered agent of the corporation (sometimes known as a resident agent, statutory agent, agent for service of process, or delivery of service address) shall be maintained in accordance with the requirements of the State of Incorporation.

This space intentionally left blank.

**RESOLVED**, that the following Plan for the issuance of common stock of the Corporation and qualification of such stock as "small business corporation" stock under Section 1244 of the Internal Revenue Code of 1986, as amended, is hereby adopted:

1. The corporation shall offer and issue under this Plan, a maximum of 1000 shares of its common stock at a minimum price equal to the par value of the shares, if any.
2. This plan shall be terminated by (a) the complete issuance of all shares offered hereunder, (b) appropriate action terminating the Plan by the board of directors and the shareholders of the Corporation, or (c) the adoption of a new Plan by the shareholders for the issuance of additional stock under IRC Section 1244.
3. No increase in the basis of outstanding stock shall result from a contribution to capital under this Plan.
4. No stock offered under this Plan shall be issued on the exercise of a stock right, stock warrant, or stock option, unless such right, warrant, or option is applicable solely to unissued stock offered under this Plan and is exercised during the period of the Plan.
5. Shares of the Corporation subscribed for prior to the adoption of this Plan, including shares subscribed for prior to the date the corporation comes into existence, may be issued hereunder, provided, however, that the said stock is not in fact issued prior to the adoption of this Plan.
6. Any offering or portion of an offer outstanding that is unissued at the time of the adoption of this plan is hereby withdrawn.
7. Any matters related to the issue of shares under this Plan shall be resolved so as to comply with applicable law and regulations so as to qualify such issue under Section 1244 of the Internal Revenue Code. Any shares issued under this Plan which are finally determined not to be so qualified, and only such shares, shall be determined not to be in the Plan, and any other Shares not so disqualified shall not be affected by such disqualification.
8. The appropriate officers of this corporation are hereby authorized and directed to take such actions and execute such documents as they deem necessary or appropriate to effectuate the sale and issuance of shares for the consideration listed above.

**RESOLVED**, that these resolutions shall be effective on ___1/9___, 20_20_.

_Benjamin Tarver_, **SECRETARY**