

March 17, 2022

US BANKRUPTCY COURT
ATTN: FINANCIAL ADMINISTRATOR
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE  19801

**Re: Certificate of No Objection**

Dear Financial Administrator:

Please find enclosed a Certificate of No Objection. If you require further information or clarification, please do not hesitate to contact me.

Sincerely,

*Benjamin Tarver*

Benjamin Tarver
President

Enc.

2885 Sanford Ave SW #37848
Grandville, MI  49418
(832) 781-0620 phone
(855) 336-5085 fax
help@corporateunclaimed.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                       CASE NO. 13-12950-MFW
                                                          CHAPTER 7

North American Airlines, Inc.

                Debtors(s)
_____/

### CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS filed on 2/17/2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS appears thereon.

Objections to the APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS were to be filed and served no later than 3/16/2022.

It is hereby respectfully requested that the Order attached to the APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS be entered by the Court.

Dated: 3/17/22

Benjamin D. Tarver
President and Secretary
Unclaimed Funds Recovery Services VII Inc.
2885 Sanford Ave SW #37848
Grandville, MI 49418
832-781-0620
help@claimtransfers.com