**Fill in this information to identify the case:**

Debtor 1: Vanessa Kay Hynes (Kuhn)
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Delaware (State)

Case number: 13-12950

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $380.38 |
|---|---|
| Claimant's Name: | Vanessa Kay Hynes (Kuhn) |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2212 Lesner Crescent #301<br>Virginia Beach, VA 23451<br>(248) 982-4649 cell<br>vankay@gmail.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

- [ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

- [ ] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Local Form 127

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of _____
1313 N. Market Street
Wilmington, Delaware 19801

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 10, 2022

Signature of Applicant: Vanessa Kay Hynes (Kuhn)

Printed Name of Applicant: Vanessa Kay Hynes (Kuhn)

Address: 2212 Lesner Crescent #301, Virginia Beach, VA 23451

Telephone: (248) 982-4649 cell

Email: vankay@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF VIRGINIA
COUNTY OF VIRGINIA BEACH

This Application for Unclaimed Funds, dated FEB. 4, 2021 VANESSA K. HYNES was subscribed and sworn to before me this 10th day of NOVEMBER, 20 22 by VANESSA K. HYNES who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public [signature]

My commission expires: JUNE 30, 2024

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

NORMA B. MANUEL
Notary Public
Commonwealth of Virginia
Registration No. 7195778
My Commission Expires Jun 30, 2024

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

North American Airlines, Inc.

Debtor.

Chapter 7

Case No. 13-12950/MFW

Related Doc.: **41**

## AMENDED ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

*IT IS ORDERED* that the Trustee shall pay a check in the amount of **$37,268.01** to the Clerk, United States Bankruptcy Court for the District of Delaware, representing unclaimed funds pursuant to Exhibit "B" of the Application.

Dated: February 4th, 2021
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

**VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH**

IN THE MATTER OF A CHANGE OF NAME OF AN ADULT
Circuit Court Case No. [Leave Blank. To be inserted by clerk's office]: CL 22-685

ORDER FOR CHANGE OF NAME OF AN ADULT

The Court has reviewed and considered the application.

The applicant's current full name is [insert current full name]:
Vanessa Kay Hynes

The applicant's residence address is [insert current street address including city, state and zip. No PO Box]:
2212 Lesner Crescent Unit number 301 Virginia Beach, Virginia 23451

The applicant's full birth name is [insert full birth name]:
Vanessa Kay Kuhn

[CHECK ONE]:
- [ ] The applicant's name has not been previously changed.
- [✔] The applicant's name has been changed previously as follows [insert all former names in a "from" and "to" format]:
  from Vanessa Kay Kuhn to Vanessa Kay DeWeese from Vanessa Kay DeWeese to Vanessa Kay Kuhn
  from Vanessa Kay Kuhn to Vanessa Kay Hynes

[CHECK ONE]:
- [✔] The applicant has **not** been convicted of a felony.
- [ ] The applicant has been convicted of a felony.

[CHECK ONE]:
- [✔] The applicant is **not** required to register with the Sex Offender and Crimes Against Minors Registry.
- [ ] The applicant is required to register with the Sex Offender and Crimes Against Minors Registry.

[CHECK ONE]:
- [✔] The applicant is **not** incarcerated.
- [ ] The applicant is presently incarcerated.

[CHECK ONE]:
- [✔] The applicant is **not** a probationer under the supervision of a parole or probation officer with any court.
- [ ] The applicant is currently on probation under the supervision of a parole or probation officer.

The applicant has stated under oath in the application that the change of name is not sought for a fraudulent purpose and will not infringe upon the rights of others. The Court finds that the applicant has complied with the requirements of Virginia Code § 8.01-217 and accordingly ORDERS that:

The name of [insert current full name]: Vanessa Kay Hynes
is changed to [insert new name]: Vanessa Kay Kuhn

The clerk of this court shall spread a copy of this order upon the current deed book, indexing it in both the old and new names.

The clerk of this court shall transmit a certified copy of this order and the application to the State Registrar of Vital Records and to the Central Criminal records Exchange.

ENTER: March 29, 2022

JUDGE: [signature]

I ASK FOR THIS:
[signature]
Signature of Applicant/Counsel

*[Stamp: CERTIFIED TO BE A TRUE COPY OF RECORD IN MY CUSTODY, TINA E. SINNEN, CLERK, CIRCUIT COURT, VIRGINIA BEACH, VA, BY [signature] DEPUTY CLERK]*