## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                )     Chapter:
                                )
                                )
                                )
        Debtor(s)          )     Case No:

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s),

_____

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The

application and supporting documentation establish that the Claimant(s) is/are entitled to the

unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____ held in

unclaimed funds be made payable to

_____

and be disbursed to the payee at the following address:



The Clerk will disburse these funds not earlier than 14 days after entry of this order.