IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 7 |
| North American Airlines, Inc | ) ) ) | |
| Debtor(s) | ) | Case No: 13-12950-MFW |

**Re: Docket No. 106**

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 2/2/2023, an application was filed for the Claimant(s), Vanessa Kay Hynes (fka Kuhn) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 380.38 held in unclaimed funds be made payable to Vanessa Kay Hynes

and be disbursed to the payee at the following address:

2212 Lesner Crescent #302
Virginia Beach, VA  23451

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: February 17th, 2023
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE