**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| NORTH AMERICAN AIRLINES, INC., *et al.*,[1] | Case No. 13-12950 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 22, 2023 AT 2:00 P.M. (ET)**

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.**
**THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER**

1. Application for Payment of Unclaimed Funds Filed by Vanessa Kay Hynes (Kuhn) [Filed: 2/2/23] (Docket No. 106).

    Response Deadline:  February 15, 2023.

    Responses Received:  None.

    Related Documents:

    a. [RESTRICTED] Application for Payment of Unclaimed Funds Filed by Vanessa Kay Hynes (Kuhn) [Filed: 2/2/23] (Docket No. 107).

    b. Certification of No Objection Regarding Application for Payment of Unclaimed Funds Filed by Vanessa Kay Hynes (Kuhn) [Filed: 2/17/23] (Docket No. 109).

    c. [Signed] Order Granting Application for Payment of Unclaimed Funds Filed by Vanessa Kay Hynes (Kuhn) [Filed: 2/17/23] (Docket No. 110).

    Status:  The order has been entered.  No hearing will be necessary.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.

2

| | |
|---|---|
| Dated:  February 17, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Peter J. Keane*
_____
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:       bsandler@pszjlaw.com
             pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee