## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

IN RE:
NORTH AMERICAN AIRLINES INC.

        Debtor.

Chapter 7

Case No. 13-12950 MFW

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW*, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $111,794.45 is reasonable compensation for the services in this case by Alfred T. Giuliano, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $653.52 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.