# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
North American Airlines, Inc.
101 World Drive
Peachtree City, GA 30269
 **EIN:** 33–0358792

**Chapter:** 7

**Case No.:** 13–12950–MFW

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 113 .

   The Court has scheduled a hearing regarding this report for April 19, 2023 at 2:00 pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees−final−reports.

_____

Una O'Boyle, Clerk of Court

Dated: 3/24/23

(VAN−485)